**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

*In Re: Atrium Medical Corp., C-Qur Mesh Products Liability Litigation*
*MDL No. 2753*

**Civil Action No: 21-303**

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, by and through their attorneys at DeGaris Wright McCall, and for their Complaint against the Defendants named below, incorporate the Master Long Form Complaint in MDL No. 2753 by reference. Plaintiff(s) further show the Court as follows:

1. Plaintiff

   Joseph Boyd

2. Consortium Plaintiff

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. Current State of Residence

   Pennsylvania

5. State of Residence at the Time of Implant (if different)

   Pennsylvania

6. State of Residence at the Time of Explant (if applicable and different)

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

<u>United States District Court, Western District of Pennsylvania</u>

8. Defendants (Check Defendants against whom Complaint is made):

    ☒    A. Atrium Medical Corporation ("Atrium");

    ☒    B. Maquet Cardiovascular US Sales, LLC ("Maquet");

9. Basis of Subject Matter Jurisdiction

    ☒    Diversity of Citizenship

  A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

<u>Paragraphs 1-26</u>

  B. Other allegations of jurisdiction and venue:

<u>A substantial portion of the events giving rise to Plaintiff's injuries occurred in Pennsylvania and New Hampshire, making jurisdiction and venue proper.</u>

10. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

    ☐    A. C-QUR;

    ☐    B. C-QUR Mosaic;

    ☐    C. C-QUR Edge;

    ☐    D. C-QUR TacShield;

    ☐    E. C-QUR Lite Mesh V-Patch

    ☒    F. C-QUR Mesh V-Patch

    ☐    G. Other C-QUR mesh product

_____

11. Defendants' Products about which Plaintiff is making a claim.  (Check applicable products)

    ☐  A. C-QUR;

    ☐  B. C-QUR Mosaic;

    ☐  C. C-QUR Edge;

    ☐  D. C-QUR TacShield;

    ☐  E. C-QUR Lite Mesh V-Patch

    ☒  F. C-QUR Mesh V-Patch

    ☐  G.  Other C-QUR mesh product;

    _____

    _____

12. Date of Implantation as to Each Product

    October 08, 2010

    _____

    _____

13. Date of Explant as to Each Product

    June 29, 2020

    _____

    _____

14. Hospital(s) where Plaintiff was implanted (including City and State)

    Uniontown Hospital_____

    500 W Berkley St., Uniontown PA 15401___

15. Implanting Surgeon(s)

    Kerri A. Simo MD_____

16. Hospital(s) Where Plaintiff Had Explant (including City and State, if applicable)

    Uniontown Hospital

    500 W Berkley St., Uniontown PA 15401

17. Explanting Surgeon(s)

    Ball, Brandon MD

18. Plaintiff alleges the following injury(ies) he or she suffered as a result of the implantation of the subject C-QUR mesh product.

    Mesh and scar tissue had to be removed. Hernia recurred causing another mesh product to be implanted in C Qur V Patch place.

19. Counts in the Master Complaint brought by Plaintiff(s)

    ☒ Count I - Negligence

    ☒ Count II – Strict Liability – Design Defect

    ☒ Count III – Strict Liability – Manufacturing Defect

    ☒ Count IV – Strict Liability – Failure to Warn

    ☒ Count V – Strict Liability – Defective Product

    ☒ Count VI – Breach of Express Warranty

    ☒ Count VII – Breach of Implied Warranties of Merchantability and Fitness of Purpose

    ☒ Count VIII – Fraudulent Concealment

    ☒ Count IX – Constructive Fraud

    ☒ Count X – Discovery Rule, Tolling and Fraudulent Concealment

    ☒ Count XI – Negligent Misrepresentation

    ☒ Count XII – Negligent Infliction of Emotional Distress

☒ Count XIII – Violation of Consumer Protection Laws

☒ Count XIV – Gross Negligence

☒ Count XV – Unjust Enrichment

☐ Count XVI – Loss of Consortium

☒ Count XVII – Punitive or Enhanced Compensatory Damages

☐ Other _____ (please state the facts supporting this Count under applicable state law in the space immediately below)

☒ Other _____ (please state the facts supporting this Count under applicable state law in the space immediately below)

The Pennsylvania Unfair Trade Practices and Consumer Protection Law (UTPCPL), 73 Pa. CS 201-1 et seq.
_____
_____
_____
_____
_____
_____
_____
_____
_____

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) demand(s) judgment against Defendants, and each of them, individually, jointly and severally and prays for the following relief in accordance with applicable law and equity:

    i.    Compensatory damages to Plaintiff(s) for past, present, and future damages, including, but not limited to, pain and suffering for severe and permanent personal injuries sustained by Plaintiff(s), permanent impairment, mental pain and suffering, loss of enjoyment of life, past and future health and medical care

      costs, and economic damages including past and future lost earnings and/or earning capacity, together with interest and costs as provided by law;

  ii.    Restitution and disgorgement of profits;

  iii.   Punitive or enhanced compensatory damages;

  iv.   Reasonable attorneys' fees as provided by law;

  v.    The costs of these proceedings, including past and future cost of the suit incurred herein;

  vi.   All ascertainable economic damages;

  vii.  Survival damages (if applicable);

  viii. Wrongful death damages (if applicable);

  ix.   Prejudgment interest on all damages as is allowed by law; and

  x.    Such other and further relief as this Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff(s) hereby demand(s) a trial by jury on all issues so triable.

Dated: 4/12/2021

                                                  s/ Annesley H. DeGaris
                                                  Annesley H DeGaris
                                                  DEGARIS WRIGHT MCCALL
                                                  Two North Twentieth Street, STE 1030
                                                  Birmingham, AL 35203
                                                  Telephone: (205) 558-9000
                                                  Email: adegaris@degarislaw.com

                                                  *Attorney(s) for Plaintiff(s)*